# DEPARTMENT OF THE TREASURY
## WASHINGTON, D.C. 20220

MEMORANDUM FOR R. RICHARD NEWCOMB, DIRECTOR
OFFICE OF FOREIGN ASSETS CONTROL

THROUGH: BETSY SUE SCOTT
Chief, Civil Penalties

FROM: [redacted b7c]
Intern, Civil Penalties

SUBJECT: PROPOSED SETTLEMENT BY HSBC BANK USA
FOR ALL CURRENTLY OUTSTANDING OFAC CIVIL PENALTIES

DATE: August 6, 2001

HSBC Bank USA ("HSBC") has offered to settle all of its currently outstanding civil penalty violations in one global settlement.

**Violations:** The first violation stems from HSBC processing a funds transfer referencing a Cuban Specially Designated National ("SDN") vessel. The second violation concerns HSBC's processing of two funds transfers initiated by [redacted b4] a SDN of Iraq. The third violation, HSBC self-disclosed the processing of a funds transfer intended for a Libyan SDN. The fourth violation is the processing of a commercial payment destined for Khartoum, Sudan.

| Date of Violation | Amount | Program | Proposed CMP | Counter Offer | Date PPN Issued |
|---|---|---|---|---|---|
| 07/30/98 | $14,380.00 | Sudan | [redacted b5] | [redacted b5] | Not issued |
| 03/23/00 | $539,377.21 | Cuba | | | Not issued |
| 05/21/00 & 05/24/00 | $500,407.40 & $10,922.02 | Iraq | | | Not issued |
| 08/18/00 | $31,434.51 | Libya | | | Not issued |
| | | Total | | $163,314.90 | |

**Settlement Offer:** [redacted b5]

**Mitigating factor(s)/Other Administrative Considerations:**

[redacted b5]

[redacted b5]   OK [initials] 10/24/01   [redacted b5]