| | | | | | |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | ADMIN ADJUST | |
| 0.00 | 0.00 | 0.00 | -101.64 | | 25811.48 |
| 1112.20 | 0.00 | 0.00 | 1112.20 | FEE BILLING | |
| 0.00 | 0.00 | 0.00 | 0.00 | | 25811.48 |
| 130.00 | 0.00 | 0.00 | 130.00 | FEE BILLING | |
| 0.00 | 0.00 | 0.00 | 0.00 | | 25811.48 |
| 150.00 | 0.00 | 0.00 | 150.00 | FEE BILLING | |
| 0.00 | 0.00 | 0.00 | 0.00 | | 25811.48 |
| 266.00 | 0.00 | 0.00 | 266.00 | FEE BILLING | |
| 0.00 | 0.00 | 0.00 | 0.00 | | 25811.48 |
| 475.00 | 0.00 | 0.00 | 475.00 | FEE BILLING | |
| 0.00 | 0.00 | 0.00 | 0.00 | | 25811.48 |
| 0.00 | 0.00 | 0.00 | 0.00 | LATE CHARGES | |
| 0.00 | 0.00 | 0.00 | 101.64 | | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | ADMIN ADJUST | |
| 0.00 | 0.00 | 0.00 | 101.64 | | 25811.48 |
| 0.00 | 0.00 | 0.00 | 0.00 | ADMIN ADJUST | |
| 0.00 | 0.00 | 0.00 | 0.00 | | 25811.48 |
| 0.00 | 0.00 | 0.00 | 0.00 | WRITEOFF F/C | |
| 0.00 | 1038.27 | 0.00 | 0.00 | | 25811.48 |
| 0.00 | 8352.52 | 0.00 | 0.00 | WRITEOFF F/C | |
| 0.00 | 0.00 | 0.00 | 0.00 | | 17458.96 |
| 87.02 | 0.00 | 0.00 | 87.02 | FEE BILLING | |
| 0.00 | 0.00 | 0.00 | 0.00 | | 17458.96 |
| 1166.00 | 0.00 | 0.00 | 1166.00 | FEE BILLING | |
| 0.00 | 0.00 | 0.00 | 0.00 | | 17458.96 |
| 127.00 | 0.00 | 0.00 | 127.00 | FEE POSTING | |
| 0.00 | 0.00 | 0.00 | 0.00 | | 17458.96 |